UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No. C 11-03263 SBA (MEJ) |
|         Plaintiff, | **ORDER VACATING HEARING RE: DEFAULT JUDGMENT MOTION** |
| v. | |
| DOUGLAS RAYMOND COOKERLY, et al., | **ORDER FOR DEFENDANT TO FILE MOTION TO SET ASIDE DEFAULT** |
|         Defendants. | |

The above-captioned case was referred to the undersigned magistrate judge to prepare a report and recommendation on Plaintiff's Motion for Default Judgment as to Defendant Douglas Raymond Cookerly, individually and doing business as The Hut (also known as The Bronco Hut). Dkt. No. 22. On April 16, 2012, Defendant filed an Opposition to Plaintiff's motion, in which he states that he intends to file a motion to set aside default. Accordingly, the Court VACATES the hearing scheduled to take place on April 26, 2012. Defendant shall file a motion to set aside default pursuant to Federal Rule of Civil Procedure 55(c), which provides that, once default has been entered against a defendant, the Court may set aside default for good cause shown. Fed. R. Civ. P. 55(c).

**IT IS SO ORDERED.**

Dated: April 16, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC. ET AL et al,

    Plaintiff,

  v.

COOKERLY ET AL et al,

    Defendant.

Case Number: CV11-03263 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 16, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Douglas Raymond Cookerly
926 Maryann Drive
Santa Clara, CA 95050

Dated: April 16, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2