1  Thomas P. Riley SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   Joe Hand Promotions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| Joe Hand Promotions, Inc., | CASE NO. CV 11-3263-SBA |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS DOUGLAS RAYMOND COOKERLY, MICHAEL JAMES O'BRIEN and MICHAEL SHAWN PHELPS, individually and d/b/a THE HUT a/k/a THE BRONCO HUT; and EMPIRE ENTERTAINMENT, LLC, an unknown business entity d/b/a THE HUT a/k/a THE BRONCO HUT |
| vs. | |
| Douglas Raymond Cookerly, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Joe Hand Promotions, Inc. and Defendants Douglas Raymond Cookerly, Michael James O'Brien, and Michael Shawn Phelps, individually and d/b/a The Hut a/k/a The Bronco Hut; and Empire Entertainment, LLC, an unknown business entity d/b/a The Hut a/k/a The Bronco Hut, that the above-entitled action is hereby dismissed **without prejudice** against Douglas Raymond Cookerly, Michael James O'Brien, and Michael Shawn Phelps, individually and d/b/a The Hut a/k/a The Bronco Hut; and Empire Entertainment, LLC, an unknown business entity d/b/a The Hut a/k/a The Bronco Hut**.**

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 15, 2012, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

///

**STIPULATION OF DISMISSAL**
**PAGE 1**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: May 24, 2012        *s/ Thomas P. Riley*
                           **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                           By:  Thomas P. Riley
                           Attorneys for Plaintiff
                           JOE HAND PROMOTIONS, INC.

Dated: May 25, 2012        *s/ Theodore Carl Lindquist*
                           **LINDQUISTLAW**
                           By: Theodore Carl Lindquist, Esquire
                           Attorneys for defendants MICHAEL JAMES O'BRIEN and MICHAEL SHAWN PHELPS, individually and d/b/a THE HUT a/k/a THE BRONCO HUT; and EMPIRE ENTERTAINMENT, LLC, an unknown business entity d/b/a THE HUT a/k/a THE BRONCO HUT

Dated:  May 25, 2012       *s/ Douglas Raymond Cookerly*
                           **DOUGLAS RAYMOND COOKERLY**
                           Defendant

**IT IS SO ORDERED**:

*[signature: Saundra B. Armstrong]*        Dated: 6/7/12

**The Honorable Saundra Brown Armstrong**
**United States District Court**
**Northern District of California**

**STIPULATION OF DISMISSAL**
**PAGE 2**